IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:08-CR-189-1-TWT |
| MARK GREEN, | |
| Defendant. | |

## ORDER

This is a pro se Motion to Vacate Sentence [Doc. 424]. It is before the Court on the Report and Recommendation [Doc. 432] of the Magistrate Judge recommending dismissing the motion for failure to comply with a lawful Order of the Court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Vacate Sentence [Doc. 424] is DENIED.

SO ORDERED, this 26 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge